COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Randall Glenn Laws v. The State of Texas

Appellate case number:      01-17-00354-CR

Trial court case number:    993419

Trial court:                209th District Court of Harris County

This case was abated and remanded to the trial court for the trial court to appoint new counsel to represent appellant on appeal. On August 23, 2017, the trial court clerk filed a supplemental clerk's record in this Court, containing the trial court's order appointing appellate counsel, Thomas Abbate, to represent appellant on appeal. Accordingly, we **REINSTATE** this case on the Court's active docket.

Appellant's brief is **ORDERED** to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a).

The State's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

The Clerk of this Court is directed to enter Thomas Abbate as the attorney of record on behalf of appellant. On June 29, 2017, appellant filed a motion to withdraw his appellate counsel. Because the trial court appointed new appellate counsel, appellant's motion is **denied** as moot.

Judge's signature: /s/ Sherry Radack
                   ☑ Acting individually     ☐ Acting for the Court

Date: September 26, 2017